## DELORES D. STEWART *v.* LEROY STEWART

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Delores D. Stewart,* pro se, in support of the petition.

Decided June 4, 1987

## TOWN OF EAST HARTFORD *v.* EAST HARTFORD MUNICIPAL EMPLOYEES UNION, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 10 Conn. App. 611, is granted, with limitation.

*Robert J. Krzys,* in support of the petition.

*Barry Zitser,* in opposition.

Decided June 4, 1987

## THE FIDELITY TRUST COMPANY *v.* BETTY IRICK ET AL.

The state's petition for certification for appeal from the Appellate Court, 11 Conn. App. 53, is granted, with limitation.

*Robert A. Nagy,* assistant attorney general, in support of the petition.

*James D'Alton Murphy,* in opposition.

Decided June 18, 1987

## STATE OF CONNECTICUT *v.* ROBERT LIZOTTE

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 11, is denied.

*Kimball Haines Hunt,* in support of the petition.

*Judith Rossi,* deputy assistant state's attorney, in opposition.

Decided June 18, 1987